

# NUMBER 13-23-00363-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

BRODERICK DARNELL
JONES,                                                                    Appellant,

v.

LESLIE DEASES, JUSTICE OF
THE PEACE, PCT. 1, SAN
PATRICIO COUNTY, TEXAS,                                          Appellee.

### On appeal from the 156th District Court
### of San Patricio County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Silva and Peña
### Memorandum Opinion by Justice Peña

This matter is before the Court on appellant's motion to dismiss. Appellant wishes

to voluntarily dismiss the appeal.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
26th day of October, 2023.